In re Peneguy, Mark E. et al.; Green, Elizabeth P.; Peneguy, Michael J.; Pene-guy, Edward W. Jr.; Peneguy, James N.; Peneguy, Cynthia H.; Cook, Jane P.; Cook, Wendell H. Jr.; Temple, Kathy Cook; Peneguy, Louise N.; Peneguy, William A.; Blount, Ann P.; Cook, John, P.; Cook, John P. trustee Jane Peneguy Cook Family Trust; Cook, Jane Peneguy Family Trust; Peneguy, Robert O.; Peneguy, Christopher T.; Peneguy, David C.; Casey, Jane P.; Peneguy, Jane P.; Peneguy, Richard A.;—Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 99-15337; to the Court of Appeal, Fourth Circuit, No. 2001-CA-1503.
Denied.